IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KWASI MCKINNEY**
**ADC #137065**                                                    **PETITIONER**

v.                              No. 4:24-cv-421-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections**                                **RESPONDENT**

### ORDER

Unopposed recommendation, *Doc. 10-1*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). McKinney's § 2254 petition, *Doc. 2*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2025