IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KWASI MCKINNEY**  PETITIONER
**ADC #137065**

v.  No. 4:24-cv-421-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Corrections**  RESPONDENT

## JUDGMENT

McKinney's § 2254 petition is dismissed with prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2025